[Nos. 19429-5-II; 43041-0-II.   Division Two.   February 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS ALLEN FORTH, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 93-1-02523-0, Katherine M. Stolz, J., and Waldo F. Stone, J. Pro Tem., entered March 29, 1995. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Worswick, C.J., concurred in by Johanson and Bjorgen, JJ.

[No. 43004-5-II.   Division Two.   February 20, 2014.]

ARTHUR WEST, *Appellant*, v. THE PORT OF TACOMA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-04312-1, Frederick W. Fleming, J., entered January 7, 2011. *Reversed* and *remanded* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Penoyar, JJ.

[No. 43033-9-II.   Division Two.   February 20, 2014.]

EARL IDDINGS ET AL., *Appellants*, v. MICHAEL GRIFFITH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-02395-7, Carol Murphy, J., entered February 6, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, A.C.J., and Bjorgen, J.